UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 07 B 21442 |
| MARTIN BERNAL AND DELIA BERNAL, | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing Date: April 15, 2009 |
| Debtors. | ) | Hearing Time: 10:30 a.m. |
| | ) | |

## ORDER AUTHORIZING TRUSTEE TO COMPROMISE CONTROVERSY WITH UNIVERSAL MORTGAGE CORPORATION.

This cause coming to be heard on the Trustee's Motion For Authority To Compromise Controversy with Universal Mortgage Corporation. (the "Motion") notice of the Motion having been served on the Debtors, their creditors and all parties in interest; the Court having reviewed the Motion and having heard any arguments of counsel; and the Court being otherwise fully advised in the premises; IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Norman B. Newman, Trustee is authorized to compromise his controversy with Universal Mortgage Corporation.

3. This matter constitutes a core proceeding, and this Order is a final order.

ENTERED:

Hon. Susan Pierson Sonderby
United States Bankruptcy Judge

APR 15 2009