## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: BERNAL, MARTIN | § | Case No. 07-21442 |
| BERNAL, DELIA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 15, 2007.  The undersigned trustee was appointed on December 13, 2007.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of             $              21,769.14

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 69.35 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 21,699.79 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.   The deadline for filing  non-governmental claims in this case was 04/18/2008 and the deadline for filing governmental claims was 05/13/2008.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,926.91.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,926.91, for a total compensation of $2,926.91. [2]In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/08/2011            By: /s/NORMAN NEWMAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 07-21442 | **Trustee:** (330560) NORMAN NEWMAN |
| **Case Name:** BERNAL, MARTIN | **Filed (f) or Converted (c):** 11/15/07 (f) |
| BERNAL, DELIA | **§341(a) Meeting Date:** 12/13/07 |
| **Period Ending:** 07/08/11 | **Claims Bar Date:** 04/18/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY | 965,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS | 100.00 | 100.00 | | 0.00 | FA |
| 3 | REAL ESTATE DEPOSITS | 60,000.00 | 60,000.00 | | 18,924.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | | 0.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES - HUMMER | 28,200.00 | 0.00 | | 0.00 | FA |
| 8 | AUTOMOBILES -RAM PICK-UP | 20,000.00 | 0.00 | | 0.00 | FA |
| 9 | 4-WHEEL KAWASAKI | Unknown | Unknown | | 0.00 | FA |
| 10 | ANIMALS - PUG | 200.00 | 0.00 | | 0.00 | FA |
| 11 | AVOIDANCE & RECOVERY OF ASSETS -<br>UNIVERSAL MRTG. (u) | 25,173.00 | 25,173.00 | OA | 2,800.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 45.14 | Unknown |
| 12 | **Assets**    **Totals** (Excluding unknown values) | **$1,102,173.00** | **$85,273.00** | | **$21,769.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

Preparing TFR.

**Initial Projected Date Of Final Report (TFR):**    August 31, 2008    **Current Projected Date Of Final Report (TFR):**    July 8, 2011  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07-21442 |
| **Case Name:** | BERNAL, MARTIN |
| | BERNAL, DELIA |
| **Taxpayer ID #:** | **-***5270 |
| **Period Ending:** | 07/08/11 |

| | |
|---|---|
| **Trustee:** | NORMAN NEWMAN (330560) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****95-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/22/08 | {3} | Trans-World Title & Escrow, Ltd. | Refund of real estate deposits | 1129-000 | 15,000.00 | | 15,000.00 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.12 | | 15,001.12 |
| 02/14/08 | 1001 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #07-21442<br>Voided on 02/14/08 | 2300-000 | | 13.36 | 14,987.76 |
| 02/14/08 | 1001 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #07-21442<br>Voided: check issued on 02/14/08 | 2300-000 | | -13.36 | 15,001.12 |
| 02/14/08 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #07-21442<br>Voided on 03/11/08 | 2300-000 | | 13.38 | 14,987.74 |
| 02/20/08 | {3} | Trans-World Title & Escrow | Return from Bank as NSF | 1129-000 | -15,000.00 | | -12.26 |
| 02/25/08 | {3} | Trans-World Title & Escrow | Replaces NSF check. | 1129-000 | 15,000.00 | | 14,987.74 |
| 02/25/08 | {3} | CHAC | Rent Deposits | 1129-000 | 3,924.00 | | 18,911.74 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.38 | | 18,912.12 |
| 03/11/08 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #07-21442<br>Voided: check issued on 02/14/08 | 2300-000 | | -13.38 | 18,925.50 |
| 03/11/08 | 1003 | International Sureties | Replacement check for NSF check | 2300-000 | | 13.38 | 18,912.12 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.51 | | 18,915.63 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.63 | | 18,918.26 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.36 | | 18,920.62 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.40 | | 18,923.02 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.40 | | 18,925.42 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.25 | | 18,927.67 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.48 | | 18,930.15 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.06 | | 18,932.21 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.48 | | 18,933.69 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 18,935.03 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,935.80 |
| 02/10/09 | 1004 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2009 FOR CASE #07-21442, Bond #016026455 | 2300-000 | | 15.85 | 18,919.95 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 18,920.67 |

| | | Subtotals : | $18,949.90 | $29.23 | |
|---|---|---|---|---|---|

{} Asset reference(s)

Printed: 07/08/2011 02:36 PM    V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-21442 | | Trustee: | NORMAN NEWMAN (330560) |
| Case Name: | BERNAL, MARTIN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BERNAL, DELIA | | Account: | ***-*****95-65 - Money Market Account |
| Taxpayer ID #: | **-***5270 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/08/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.82 | | 18,921.49 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.77 | | 18,922.26 |
| 05/07/09 | {11} | Universal Mortgage | SETTLEMENT OF AVOIDANCE TRANSFERS | 1241-000 | 2,800.00 | | 21,722.26 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.81 | | 21,723.07 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.94 | | 21,724.01 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.91 | | 21,724.92 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.91 | | 21,725.83 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.88 | | 21,726.71 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.88 | | 21,727.59 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.91 | | 21,728.50 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.91 | | 21,729.41 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.85 | | 21,730.26 |
| 02/19/10 | 1005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 02/19/2010 FOR CASE<br>#07-21442, Bond #016026455 | 2300-000 | | 19.54 | 21,710.72 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.82 | | 21,711.54 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.97 | | 21,712.51 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.14 | | 21,712.65 |
| 04/06/10 | | Wire out to BNYM account<br>9200*****9565 | Wire out to BNYM account 9200*****9565 | 9999-000 | -21,712.65 | | 0.00 |

|  | ACCOUNT TOTALS | 48.77 | 48.77 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | -21,712.65 | 0.00 | |
| | Subtotal | 21,761.42 | 48.77 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $21,761.42 | $48.77 | |

{} Asset reference(s)

Printed: 07/08/2011 02:36 PM    V.12.57

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-21442 | **Trustee:** NORMAN NEWMAN (330560) |
| **Case Name:** BERNAL, MARTIN | **Bank Name:** The Bank of New York Mellon |
| BERNAL, DELIA | **Account:** 9200-******95-65 - Money Market Account |
| **Taxpayer ID #:** **-***5270 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 07/08/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9565 | Wire in from JPMorgan Chase Bank, N.A. account ********9565 | 9999-000 | 21,712.65 | | 21,712.65 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.04 | | 21,713.69 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.29 | | 21,714.98 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.25 | | 21,716.23 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.29 | | 21,717.52 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.28 | | 21,718.80 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,718.97 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,719.15 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,719.32 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,719.50 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,719.68 |
| 02/15/11 | 11006 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #07-21442, Bond #016026455 | 2300-000 | | 20.58 | 21,699.10 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 21,699.26 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,699.44 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,699.61 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,699.79 |

| | Receipts | Disbursements | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 21,720.37 | 20.58 | **$21,699.79** |
| Less: Bank Transfers | 21,712.65 | 0.00 | |
| **Subtotal** | 7.72 | 20.58 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7.72** | **$20.58** | |

| | |
|---|---|
| Net Receipts : | 21,769.14 |
| Net Estate : | $21,769.14 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-****95-65** | **21,761.42** | **48.77** | **0.00** |
| **MMA # 9200-******95-65** | **7.72** | **20.58** | **21,699.79** |
| | $21,769.14 | $69.35 | $21,699.79 |

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-21442
Case Name: BERNAL, MARTIN
Trustee Name: NORMAN NEWMAN

| | **Balance on hand:** | $ | 21,699.79 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | Total to be paid to secured creditors: | $ | 0.00 |
| | Remaining balance: | $ | 21,699.79 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 2,926.91 | 0.00 | 2,926.91 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 12,573.00 | 0.00 | 12,573.00 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 966.10 | 0.00 | 966.10 |

| | Total to be paid for chapter 7 administration expenses: | $ | 16,466.01 |
| | Remaining balance: | $ | 5,233.78 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 5,233.78 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $31,419.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Illinois Department of Revenue | 5,531.00 | 0.00 | 921.35 |
| 10P | Department of the Treasury | 23,276.87 | 0.00 | 3,877.43 |
| 17 | Illinois Department of Revenue | 2,611.41 | 0.00 | 435.00 |

**UST Form 101-7-TFR (05/1/2011)**

Total to be paid for priority claims:  $              5,233.78

Remaining balance:  $                   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 115,107.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | 2,931.52 | 0.00 | 0.00 |
| 2 | Discover Bank/DFS Services LLC | 2,383.96 | 0.00 | 0.00 |
| 3 | Discover Bank/DFS Services LLC | 13,811.28 | 0.00 | 0.00 |
| 4 | Discover Bank/DFS Services LLC | 3,328.07 | 0.00 | 0.00 |
| 6 | Alexian Brothers | 3,073.70 | 0.00 | 0.00 |
| 7 | CHASE BANK USA | 17,186.67 | 0.00 | 0.00 |
| 8 | CHASE BANK USA | 6,074.09 | 0.00 | 0.00 |
| 9 | Clc Consumer Services | 48,603.19 | 0.00 | 0.00 |
| 10U | Department of the Treasury | 758.72 | 0.00 | 0.00 |
| 11 | LVNV Funding LLC,  Assignee of Citibank | 275.73 | 0.00 | 0.00 |
| 12 | LVNV Funding LLC, Assignee of Citibank | 852.73 | 0.00 | 0.00 |
| 13 | eCAST Settlement Corp | 795.46 | 0.00 | 0.00 |
| 14 | American Express Bank FSB | 8,462.27 | 0.00 | 0.00 |
| 15 | American Express Centurion Bank | 2,132.41 | 0.00 | 0.00 |
| 16 | HSBC Bank Nevada, Assignee of | 4,437.85 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $                   0.00

Remaining balance:  $                   0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $            0.00 |
| Remaining balance: | $            0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 645.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5U | Illinois Department of Revenue | 645.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for subordinated claims: | $            0.00 |
| Remaining balance: | $            0.00 |