IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| BERNAL, MARTIN | ) | |
| BERNAL, DELIA | ) | CASE NO. 07-21442 |
| | ) | |
| Debtor(s) | ) | JUDGE SUSAN PIERSON SONDERBY |
| | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:  THE HONORABLE SUSAN PIERSON SONDERBY,
     BANKRUPTCY JUDGE

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,926.91 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $21,769.14. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 1,676.91 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| | | |
| TOTAL COMPENSATION | $ 2,926.91 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES $ 0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: July 8, 2011

/s/ Norman B. Newman
NORMAN NEWMAN, Trustee
MUCH SHELIST
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Martin & Delia Bernal
c/o Norman B. Newman
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **05/13/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0006836.0009**

08 - Trustee Matters

### FEES THROUGH MAY 13, 2011

| Date | Atty. | Description | Hours |
| --- | --- | --- | --- |
| 01/15/08 | NBN | Review schedules, statement of financial affairs and tax returns regarding previous sales of investment property. Two telephone calls with D. Wallace and J. Baldi regarding turn over of deposit refund. | 1.70 |
| 01/17/08 | NBN | Conduct Section 341 meeting and meet with Debtor's attorney regarding refund claims (.70); review amended schedule B and Statement of Financial Affairs (.30). | 1.00 |
| 02/19/08 | NXS | Reconcile bank statements. | 0.10 |
| 02/21/08 | NBN | Review correspondences from D. Wallace regarding replacement check and rent payment. | 0.30 |
| 03/20/08 | NBN | Review letter to S. Bernal regarding preferential payments. | 0.20 |
| 04/01/08 | NBN | Review claims register and other claims for refunds of deposits. | 0.60 |
| 04/10/08 | NXS | Reconcile bank statements. | 0.20 |
| 04/23/08 | NBN | Review claims register. | 0.40 |
| 04/24/08 | NBN | Reviewed schedules and claim register regarding possible claim objections (.4); review information as to additional real estate deposit refunds. (.5) | 0.90 |
| 05/19/08 | NXS | Reconcile bank statements. | 0.20 |
| 06/09/08 | NXS | Reconcile bank statements. | 0.20 |
| 01/26/09 | NBN | Meet with M. Wasserman regarding offer from Universal Mortgage to settle preference action. | 0.20 |
| 03/09/09 | NBN | Discussion with M. Wasserman regarding Universal Mortgage settlement and inclusion of S. Bernal (.20); review proposed settlement agreement and motion to compromise controversy (.40). | 0.60 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

Payment due within 30 days of invoice

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000 F 312.521.2100
FEIN 36-2757501

Martin & Delia Bernal
c/o Norman B. Newman
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **05/13/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0006836.0009**

08 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 04/01/09 | NBN | Discussion with M. Wasserman regarding possible settlement with S. Bernal. | 0.20 |
| 04/15/09 | NBN | Review order approving settlement agreement and sign same (.30); discussion with M. Wasserman regarding resolving remaining claim vs. S. Bernal (.30). | 0.60 |
| 05/27/09 | NBN | Discussion with M. Wasserman regarding resolution of preference complaint vs. S. Bernal. | 0.30 |
| 12/16/09 | NBN | Discussion with J. Gansberg regarding re-noticing abandonment motion. | 0.20 |
| | | **Total Hours** | **7.90** |