UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 07 B 21442 |
| MARTIN BERNAL AND DELIA BERNAL, | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtors. | ) | |

APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE
ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Much Shelist Denenberg Ament & Rubenstein, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period January 21, 2008 through May 11, 2011. In support of this Application, Much Shelist respectfully states as follows:

1. On November 15, 2007, the Debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

2. On January 31, 2008, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case.

3. Much Shelist has not requested nor has it received any amounts whatsoever for legal services rendered as attorney for the Trustee in this case. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any other person or firm whatsoever with regard to its compensation in this case.

4. Much Shelist respectfully represents that it is entitled to final compensation in the amount of $12,573.00 plus reimbursement of out-of-pocket expenses in the amount of $966.10, for services rendered on behalf of the Trustee during the period of January 21, 2008 through May 11, 2011.

5. Much Shelist provided 33.30 hours of services to the Trustee during the time period covered by this Application.

6. The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 6.00 hrs. | $537.00/hr.* | $3,222.00 |
| Colleen E. McManus | 12.00 hrs. | $395.75/hr.* | 4,749.00 |
| Tzivia Masliansky | 1.50 hrs. | $350.00/hr. | 525.00 |
| Martin Wasserman | 12.80 hrs. | $290.00/hr. | 3,712.00 |
| Jeffrey L. Gansberg | 1.00 hrs. | $365.0hr. | 365.00 |
| | | | |
| **TOTAL:** | **33.30 hrs.** | | **$12,573.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

7. Attached hereto as Exhibit "A" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

2

8. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

9. During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A. **General Administration (Tab 1)**: A total of 1.20 hours of time was spent reviewing the Debtors' schedules and Statement of Financial Affairs, case docket regarding lift stay motions and a secured claim filed by Martin Bernal's father. Much Shelist attorneys also spent time reviewing the U.S. Trustee's audit of this case and corresponded with the U.S. Trustee's Office regarding its motion to dismiss.

The Much Shelist attorneys who provided General Administrative services to the Trustee and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .40 hrs. | $520.00/hr. | $208.00 |
| Colleen E. McManus | .80 hrs. | $390.00/hr. | 312.00 |
| TOTAL: | 1.20 hrs. | | $520.00 |

B. **Employment of Professionals (Tab 2)**: Much Shelist provided .90 hours preparing pleadings and appearing in Court in connection with the Trustee's employment of attorneys. The individuals who provided services in connection with the employment of professionals and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .50 hrs. | $520.00/hr. | $260.00 |
| Colleen E. McManus | .40 hrs. | $390.00/hr. | 156.00 |
| TOTAL: | .90 hrs. | | $416.00 |

3

C. **Dealing with Creditors (Tab No. 3)** Norman B. Newman spent .40 hours reviewing motions and orders to lift stay on the Debtors' residence and automobile.

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .40 hrs. | $520.00 | $208.00 |
| | | | |
| **TOTAL:** | **.40 hrs.** | | **$208.00** |

D. **Disposition of Assets (Tab No. 4):** Much Shelist expended 6.30 hours on Disposition of Assets. Attorneys for the Trustee communicated telephonically and through written correspondences with a real estate broker regarding the status and the possible return of security deposits given by the Debtors in connection with their purchase of vacant land located in Florida. The Trustee was able to recover $15,000.000. Time was also spent reviewing a mortgage note pertaining to real estate owned by Martin Bernal's father and pursuing the possible preferential transfer discussed below.

The attorneys who provided services in connection with this matter and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 2.20 hrs. | $523.64/hr.* | $1,152.00 |
| Colleen E. McManus | 4.10 hrs. | $390.49/hr.* | 1,601.00 |
| | | | |
| **TOTAL:** | **6.30 hrs.** | | **$2,753.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

E. **Adversary Proceeding (Tab No. 5):** Another asset of this estate was a cause of action against Solomon Bernal, Martin Bernal's father, and Universal Mortgage Corporation, Solomon Bernal's mortgagee, for avoidance and recovery of payments in excess of $25,000.00 the Debtors made on account of Solomon Bernal's mortgage. Much Shelist prepared the

complaint, an amended complaint and prosecuted the action on behalf of the Trustee, including motion practice, discovery, negotiations and related services. Ultimately, the Trustee was authorized to settle with Universal Mortgage Corporation for $2,800.00 and to abandon his claims against Solomon Bernal based on his lack of financial resources.

The attorneys who provided services in connection with this matter and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 1.70 hrs. | $540.00hr. | $918.00 |
| Colleen E. McManus | 6.70 hrs. | $400.00/hr. | 2,680.00 |
| Tzivia Masliansky | 1.50 hrs. | $350.00/hr. | 525.00 |
| Martin Wasserman | 12.80 hrs. | $290.00/hr. | 3,712.00 |
| Jeffrey L. Gansberg | 1.00 hrs. | $365.0hr. | 365.00 |
| | | | |
| **TOTAL:** | **23.70 hrs.** | | **$8,200.00** |

**Fee Related Matters (Tab 3)**: Norman B. Newman expended .80 hours for a total of $476.00, dealing with the preparation of this final fee application. Additional time was expended in connection with this matrer but Much Shelist is not seeking additional compensation for that time.

10. During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $966.10. Attached hereto as Exhibit "B" is an itemization of Much Shelist's out-of-pocket expenses. The charge for photocopies is 10¢ per page. Facsimile charges are billed at the rate of $1.00 per page, incoming and outgoing. Much Shelist asserts that these out-of-pocket expenses were reasonable and necessary expenses incurred in its representation of the Trustee.

WHEREFORE, Much Shelist Denenberg Ament & Rubenstein, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $12,573.00, plus reimbursement of out-of-pocket expenses in the amount of $966.10 for services rendered during the period January 21, 2008 through May 11, 2011.

2. Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist Denenberg Ament & Rubenstein, P.C.**

By: /s/ Norman B. Newman
One of Its Attorneys

Norman B. Newman, ARDC No. 02045427
**Much Shelist Denenberg Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

2502814_1.doc