**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-21442 |
| BERNAL, MARTIN | § | Chapter 7 |
| BERNAL, DELIA | § | Hon. Susan Pierson Sonderby |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on August 9, 2011 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By:    /s/NORMAN NEWMAN
                                         Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: BERNAL, MARTIN<br>BERNAL, DELIA<br><br>Debtor(s) | § Case No. 07-21442<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 21,769.14 |
| *and approved disbursements of* | $ 69.35 |
| *leaving a balance on hand of* [1] | $ 21,699.79 |

**Balance on hand:** $ 21,699.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 21,699.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 2,926.91 | 0.00 | 2,926.91 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 12,573.00 | 0.00 | 12,573.00 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 966.10 | 0.00 | 966.10 |

Total to be paid for chapter 7 administration expenses: $ 16,466.01
Remaining balance: $ 5,233.78

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |  |
|---|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 5,233.78 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $31,419.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Illinois Department of Revenue | 5,531.00 | 0.00 | 921.35 |
| 10P | Department of the Treasury | 23,276.87 | 0.00 | 3,877.43 |
| 17 | Illinois Department of Revenue | 2,611.41 | 0.00 | 435.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 5,233.78 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 115,107.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | 2,931.52 | 0.00 | 0.00 |
| 2 | Discover Bank/DFS Services LLC | 2,383.96 | 0.00 | 0.00 |
| 3 | Discover Bank/DFS Services LLC | 13,811.28 | 0.00 | 0.00 |
| 4 | Discover Bank/DFS Services LLC | 3,328.07 | 0.00 | 0.00 |
| 6 | Alexian Brothers | 3,073.70 | 0.00 | 0.00 |
| 7 | CHASE BANK USA | 17,186.67 | 0.00 | 0.00 |
| 8 | CHASE BANK USA | 6,074.09 | 0.00 | 0.00 |
| 9 | Clc Consumer Services | 48,603.19 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10U | Department of the Treasury | 758.72 | 0.00 | 0.00 |
| 11 | LVNV Funding LLC, Assignee of Citibank | 275.73 | 0.00 | 0.00 |
| 12 | LVNV Funding LLC, Assignee of Citibank | 852.73 | 0.00 | 0.00 |
| 13 | eCAST Settlement Corp | 795.46 | 0.00 | 0.00 |
| 14 | American Express Bank FSB | 8,462.27 | 0.00 | 0.00 |
| 15 | American Express Centurion Bank | 2,132.41 | 0.00 | 0.00 |
| 16 | HSBC Bank Nevada, Assignee of | 4,437.85 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 645.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 5U | Illinois Department of Revenue | 645.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 07-21442-SPS
Martin Bernal                                                          Chapter 7
Delia Bernal
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon              Page 1 of 3              Date Rcvd: Jul 11, 2011
                              Form ID: pdf006            Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2011.
```
db         +Martin Bernal,   28648 Main Street,   Barrington, IL 60010-1830
jdb        +Delia Bernal,   28648 Main Street,   Barrington, IL 60010-1830
aty        +Colleen E McManus,   Carlson Dash, LLC,   216 S. Jefferson,   Suite 504,   Chicago, IL 60661-5698
aty        +Donna B Wallace,   Joseph A Baldi & Associates, PC,   19 S Lasalle Street Suite 1500,
             Chicago, IL 60603-1413
aty        +Martin J Wasserman,   Carlson Dash, LLC,   216 S. Jefferson,,   Suite 504,
             Chicago, IL 60661-5698
tr         +Norman B Newman,   Much Shelist Freed Denenberg,   191 North Wacker Drive Ste 1800,
             Chicago, IL 60606-1631
11751658   +Alexian Brothers,   800 Biesterfield,   Elk Grove Village, IL 60007-3396
11751659   +American Express,   General Counsels Office,   3200 Commerce Pwy   Md 19-01-06,
             Merrimar, FL 33025-3907
11751660    American Express,   PO Box 981535,   El Paso, TX 79998-1535
12100817    American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12100818    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11751663    Bank of New York,   C/O Codillis & Associates,   15 W 30 N. Frontage Road,
             Willowbrook, IL 60527
11751664   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,   Po Box 5155,
             Norcross, GA 30091)
11934813   +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
11751671   ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Credit,   Po Box 8065,   Royal Oak, MI 48068)
11751665    Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
11751666    Cardiovascular Associates,   Dept 20 1027 Po Box 5940,   Carol Stream, IL 60197
11751667   +Carmax Auto Finance,   2040 Thalbro St,   Richmond, VA 23230-3200
11751669    Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
11751668   +Chase,   Attn: Correspondence/Bankruptcy,   PO Box 15298,   Wilmington, DE 19850-5298
11751672   +Citi Bank / Sears,   PO Box 6924,   The Lakes, NV 88901-6924
11751673   +Citi Cards,   PO Box 45129,   Jacksonville, FL 32232-5129
11751674   +Citibank / Sears,   P.O. Box 20363,   Kansas City, MO 64195-0363
11751675   +City of Chicago - Water Department,   Suite LL10,   333 S. State Street,   Chicago, IL 60604-3957
11751676   +Clc Consumer Services,   2730 Liberty Ave,   Pittsburgh, PA 15222-4704
11751678   +Cook County Treasurer,   118 N. Clark, Room 112,   Chicago, IL 60602-1590
11751679   +Deutsche Bank National,   C/O Fisher Shapiro LLC,   4201 Lake Cook Road,
             Northbrook, IL 60062-1060
11751681    Deutsche Bank National,   C/O Heavner Scott & Beyers,   11 E. Main Street, #200,
             Decatur, IL 62523
11751680   +Deutsche Bank National,   C/O Pierce & Associates,   1 N. Dearborn, #1300,
             Chicago, IL 60602-4321
11751685   +Elk Grove Lab Physicians,   Dept. 77-9154,   Chicago, IL 60678-0001
11751686   +Elk Grove Radiology,   75 Remittance Drive,   Suite 6500,   Chicago, IL 60675-6500
11751687   +Firstsource Advantage, LLC,   205 Bryant Woods South,   Buffalo, NY 14228-3609
11751688   +G M A C,   2740 Arthur St,   Roseville, MN 55113-1303
11751689   +GMAC Mortgage,   Attn: Bankruptcy Dept,   500 Enterprise Rd Suite 150,   Horsham, PA 19044-3503
11751690    GMAC Mortgage,   Attn: Customer Care,   PO Box 4622,   Waterloo, IA 50704-4622
11751691   +Guillermo Martinez & Assoc.,   Attn: Beatriz Betancourt,   2651 N. Milwaukee,
             Chicago, IL 60647-1643
11751697   +HSBC,   Hsbc Card Srvs Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
11751698   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: HSBC / Best Buy,   Po Box 15522,   Wilmington, DE 19850)
11751699    HSBC Platinum Mastercard,   PO Box 81622,   Salinas, CA 93912-1622
11751692   +Harris,   600 W Jackson Suite 700,   Chicago, IL 60661-5629
11751693   +Harris & Harris,   600 W Jackson Suite 700,   Chicago, IL 60661-5629
11751696   +Household Bank,   Po Box 15521,   Wilmington, DE 19850-5521
11751700   +ICS Collection Service,   P.O. Box 1010,   Tinley Park, IL 60477-9110
11751702   ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Section Level 7-425,
             100 W. Randolph Street,   Chicago, IL 60606)
11751703   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury,   Internal Revenue Service,   PO Box 21126,
             Philadelphia, PA 19114)
11751704   +LCA Collections,   1447 York Court,   Burlington, NC 27215-3361
11751705   +LTD Financial Services,   7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2053
11751710   +MEA Elk Grove, LLC,   900 Oakmont Lane,   Suite 200,   Westmont, IL 60559-5574
11751709   +MEA Elk Grove, LLC,   PO Box 366,   Hinsdale, IL 60522-0366
11751706   +Macy's,   P.O. Box 8118,   Mason, OH 45040-8118
11751707   +Malcolm S. Gerald & Associates,   332 S. Michigan Ave.,   Ste. 514,   Chicago, IL 60604-4434
11751708   +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
11751711   +Michael R. Richmond,   Heller & Richmond, Ltd.,   33 N. Dearborn, Suite 1600,
             Chicago, IL 60602-3107
```

```
District/off: 0752-1          User: kseldon              Page 2 of 3                   Date Rcvd: Jul 11, 2011
                              Form ID: pdf006            Total Noticed: 82

11751714      +Ocwen Federal Bank,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
11769508      +PEOPLES GAS LIGHT & COKE COMPANY,    130 E. RANDOLPH DRIVE,     CHICAGO, IL 60601-6207
11751719    ++++PHILLIP CACIOPPO, MD,    800 BIESTERFIELD RD STE 202,    ELK GROVE VILLAGE IL   60007-3372,
               Elk Grove Village, IL 60007
              (address filed with court: Phillip Cacioppo, MD,    810 Biesterfield,    Suite 202,
               Elk Grove Village, IL 60007)
11751716      +Park Federal Savings Bank,    C/o Wheeler & Wheeler,    6301 S. Cass Ave, #300,
               Westmont, IL 60559-3276
11751717      +Peoples Gas,    130 E. Randolph Drive,    Chicago, IL 60601-6302
11751718      +Peoples Gas,    130 E. Randolph St.,    Chicago, IL 60601-6302
11751720       Physician Anesthesia Associates,    Dept. 4330,    Carol Stream, IL 60122-4330
11751721       Revenue Cycle Solutions,    Lock Box 22589,    Chicago, IL 60673-1225
11751722      +Richard Mrus,    800 Biesterfield,    Suite 102,   Elk Grove Village, IL 60007-3372
11751723      +Richard Mruz,    800 Biesterfield Road,    Suite 102,   Elk Grove Village, IL 60007-3372
11751724      +Salomon Bernal,    3236 W. Eastwood,    Chicago, IL 60625-4413
11751725      +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
11751728      +WFNNB / Express,    Po Box 3427,    Columbus, OH 43210-0427
11751726      +Washington Mutual,    Attn: Default Cash Processing,    7255 Bay Meadows Way,
               Jacksonville, FL 32256-6851
11751727       Washington Mutual Bank,    P.O. Box 44118,    Jacksonville, FL 32231-4118
12053206      +eCAST Settlement Corp,    Assignee of Household Bank,     (Walter E. Smithe),
               Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
12100819       eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11751661      +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jul 11 2011 23:41:43     Armor Systems Co,   1700 Kiefer Dr,
               Suite 1,   Zion, IL 60099-5105
11751677       E-mail/Text: legalcollections@comed.com Jul 11 2011 23:41:28     ComEd,   Bill Payment Center,
               Chicago, IL 60668-0001
11751682       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 12 2011 00:47:42     Discover Fin,   PO Box 30943,
               Salt Lake City, UT 84130
11751684       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 12 2011 00:47:42     Discover Financial,
               Po Box 30943,   Salt Lake City, UT 84130
11899652       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 12 2011 00:47:42
               Discover Bank/DFS Services LLC,    PO Box 3025,   New Albany, OH 43054-3025
11751683      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 12 2011 00:47:42     Discover Financial,
               Po Box 3025,   New Albany, OH 43054-3025
11751694      +E-mail/Text: bkynotice@harvardcollect.com Jul 11 2011 23:42:16     Harvard Collection,
               4839 N Elston Ave,    Chicago, IL 60630-2589
11751695      +E-mail/Text: bkynotice@harvardcollect.com Jul 11 2011 23:42:16     Harvard Collection Serv,
               4839 N Elston,    Chicago, IL 60630-2589
12045831       E-mail/Text: resurgentbknotifications@resurgent.com Jul 11 2011 23:39:26
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
11751712      +E-mail/Text: bankrup@nicor.com Jul 11 2011 23:39:40     Nicor Gas,   1844 Ferry Road,
               Naperville, IL 60563-9600
11751713      +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Jul 11 2011 23:43:25      Northwest Collectors,
               3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3126
11791607       E-mail/PDF: rmscedi@recoverycorp.com Jul 12 2011 00:20:35
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Much Shelist Denenberg Ament & Rubenstein, P C
aty*          +Norman B Newman,    Much Shelist Freed Denenberg,    191 North Wacker Drive Ste 1800,
               Chicago, IL 60606-1631
11751662*     +Armor Systems Corp,    1700 Kiefer Dr.,   Suite 1,    Zion, IL 60099-5105
11751670     ##+Chicagoland Management & Realty, In,    541 N. Fairbanks,    Suite 880,   Chicago, IL 60611-3724
11751701     ##ICS Collection Service,    P.O. Box 646,   Oak Lawn, IL 60454-0646
11751715     ##+Osvaldo Falcon,    839 Thomas Ave.,   Forest Park, IL 60130-2007
                                                                                               TOTALS: 1, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: kseldon              Page 3 of 3              Date Rcvd: Jul 11, 2011
                              Form ID: pdf006            Total Noticed: 82
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2011**                    **Signature:**    _/s/ Joseph Speetjens_