**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: BERNAL, MARTIN | § | Case No. 07-21442 |
| BERNAL, DELIA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $25,173.00    Assets Exempt:  $37,524.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,245.17    Claims Discharged
                                              Without Payment:  $382,440.86

Total Expenses of Administration: $16,524.36

---

3) Total gross receipts of $ 21,769.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,769.53 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,016,522.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,535.36 | 16,524.36 | 16,524.36 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 23,328.00 | 31,419.28 | 31,419.28 | 5,245.17 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 323,767.75 | 115,752.65 | 115,752.65 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,363,617.75 | $163,707.29 | $163,696.29 | $21,769.53 |

4) This case was originally filed under Chapter 7 on November 15, 2007. The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/26/2011          By: /s/NORMAN NEWMAN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE DEPOSITS | 1129-000 | 18,924.00 |
| AVOIDANCE & RECOVERY OF ASSETS - UNIVERSAL MRTG. | 1241-000 | 2,800.00 |
| Interest Income | 1270-000 | 45.53 |
| **TOTAL GROSS RECEIPTS** | | **$21,769.53** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chrysler Credit | 4110-000 | 16,176.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage | 4110-000 | 193,097.00 | N/A | N/A | 0.00 |
| NOTFILED | G M A C | 4110-000 | 38,825.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Household Bank | 4110-000 | 753.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 4110-000 | 767,671.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,016,522.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 2,926.91 | 2,926.91 | 2,926.91 |
| Much Shelist, et.al. | 3110-000 | N/A | 12,573.00 | 12,573.00 | 12,573.00 |
| Much Shelist, et.al. | 3120-000 | N/A | 966.10 | 955.10 | 955.10 |
| International Sureties | 2300-000 | N/A | 13.38 | 13.38 | 13.38 |
| International Sureties, Ltd. | 2300-000 | N/A | 15.85 | 15.85 | 15.85 |
| International Sureties, Ltd. | 2300-000 | N/A | 19.54 | 19.54 | 19.54 |
| International Sureties, Ltd. | 2300-000 | N/A | 20.58 | 20.58 | 20.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 16,535.36 | 16,524.36 | 16,524.36 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Illinois Department of Revenue | 5800-000 | 6,086.00 | 5,531.00 | 5,531.00 | 923.35 |
| 10P | Department of the Treasury | 5800-000 | 17,242.00 | 23,276.87 | 23,276.87 | 3,885.87 |
| 17 | Illinois Department of Revenue | 5800-000 | N/A | 2,611.41 | 2,611.41 | 435.95 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 23,328.00 | 31,419.28 | 31,419.28 | 5,245.17 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | 7100-000 | 5,770.00 | 2,931.52 | 2,931.52 | 0.00 |
| 2 | Discover Bank/DFS Services LLC | 7100-000 | 4,582.00 | 2,383.96 | 2,383.96 | 0.00 |
| 3 | Discover Bank/DFS Services LLC | 7100-000 | 26,122.00 | 13,811.28 | 13,811.28 | 0.00 |
| 4 | Discover Bank/DFS Services LLC | 7100-000 | 6,422.00 | 3,328.07 | 3,328.07 | 0.00 |
| 5U | Illinois Department of Revenue | 7300-000 | N/A | 645.00 | 645.00 | 0.00 |
| 6 | Alexian Brothers | 7100-000 | 6,146.00 | 3,073.70 | 3,073.70 | 0.00 |
| 7 | CHASE BANK USA | 7100-000 | 16,730.00 | 17,186.67 | 17,186.67 | 0.00 |
| 8 | CHASE BANK USA | 7100-000 | 5,836.00 | 6,074.09 | 6,074.09 | 0.00 |
| 9 | Clc Consumer Services | 7100-000 | unknown | 48,603.19 | 48,603.19 | 0.00 |
| 10U | Department of the Treasury | 7100-000 | N/A | 758.72 | 758.72 | 0.00 |
| 11 | LVNV Funding LLC, Assignee of Citibank | 7100-000 | 240.00 | 275.73 | 275.73 | 0.00 |
| 12 | LVNV Funding LLC, Assignee of Citibank | 7100-000 | 800.00 | 852.73 | 852.73 | 0.00 |
| 13 | eCAST Settlement Corp | 7100-000 | N/A | 795.46 | 795.46 | 0.00 |
| 14 | American Express Bank FSB | 7100-000 | N/A | 8,462.27 | 8,462.27 | 0.00 |
| 15 | American Express Centurion Bank | 7100-000 | 1,955.00 | 2,132.41 | 2,132.41 | 0.00 |
| 16 | HSBC Bank Nevada, Assignee of | 7100-000 | 4,043.00 | 4,437.85 | 4,437.85 | 0.00 |
| NOTFILED | Harvard Collection | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Harris | 7100-000 | 7,072.00 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Collection | 7100-000 | 247.00 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Collection | 7100-000 | 156.00 | N/A | N/A | 0.00 |
| NOTFILED | LCA Collections | 7100-000 | 37.00 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Collection | 7100-000 | 83.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC / Best Buy | 7100-000 | 39.00 | N/A | N/A | 0.00 |
| NOTFILED | ICS Collection Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ICS Collection Service | 7100-000 | 91.00 | N/A | N/A | 0.00 |
| NOTFILED | Firstsource Advantage, LLC | 7100-000 | 13,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Lab Physicians | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Lab Physicians | 7100-000 | 82.60 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Lab Physicians | 7100-000 | 247.30 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Elk Grove Lab Physicians | 7100-000 | 534.60 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Radiology | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Radiology | 7100-000 | 558.00 | N/A | N/A | 0.00 |
| NOTFILED | LTD Financial Services | 7100-000 | 18,769.00 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Radiology | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Radiology | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris | 7100-000 | 2,449.00 | N/A | N/A | 0.00 |
| NOTFILED | MEA Elk Grove, LLC | 7100-000 | 639.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | 820.00 | N/A | N/A | 0.00 |
| NOTFILED | Physician Anesthesia Associates | 7100-000 | 1,170.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard Mruz | 7100-000 | 1,070.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard Mrus | 7100-000 | 132.00 | N/A | N/A | 0.00 |
| NOTFILED | Physician Anesthesia Associates | 7100-000 | 910.00 | N/A | N/A | 0.00 |
| NOTFILED | Osvaldo Falcon | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ocwen Federal Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 3,137.00 | N/A | N/A | 0.00 |
| NOTFILED | Osvaldo Falcon | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Park Federal Savings Bank C/o Wheeler & Wheeler | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Richard Mruz | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Salomon Bernal | 7100-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 133.00 | N/A | N/A | 0.00 |
| NOTFILED | Phillip Cacioppo, MD | 7100-000 | 386.50 | N/A | N/A | 0.00 |
| NOTFILED | MEA Elk Grove, LLC | 7100-000 | 608.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors | 7100-000 | 910.00 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB / Express | 7100-000 | 211.00 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen Federal Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Salomon Bernal | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Lab Physicians | 7100-000 | 156.30 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Servi | 7100-000 | 641.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago - Water Department | 7100-000 | 1,058.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Alexian Brothers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers | 7100-000 | 269.45 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers | 7100-000 | 4,793.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers | 7100-000 | 2,587.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago - Water Department | 7100-000 | 7,910.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago - Water Department | 7100-000 | 43.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 31.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 94.00 | N/A | N/A | 0.00 |
| NOTFILED | Deutsche Bank National C/O Pierce & Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 31.00 | N/A | N/A | 0.00 |
| NOTFILED | Deutsche Bank National C/O Fisher Shapiro LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citibank / Sears | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citibank / Sears | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of New York C/O Codillis & Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Armor Systems Co | 7100-000 | 1,070.00 | N/A | N/A | 0.00 |
| NOTFILED | Armor Systems Co | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 1,823.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chicagoland Management & Realty, In | 7100-000 | 9,140.00 | N/A | N/A | 0.00 |
| NOTFILED | Carmax Auto Finance | 7100-000 | 11,290.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardiovascular Associates | 7100-000 | 38.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 323,767.75 | 115,752.65 | 115,752.65 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-21442  
**Case Name:** BERNAL, MARTIN  
                BERNAL, DELIA  
**Period Ending:** 09/26/11

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 11/15/07 (f)  
**§341(a) Meeting Date:** 12/13/07  
**Claims Bar Date:** 04/18/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | REAL PROPERTY | 965,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS | 100.00 | 100.00 | | 0.00 | FA |
| 3 | REAL ESTATE DEPOSITS | 60,000.00 | 60,000.00 | | 18,924.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | | 0.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES - HUMMER | 28,200.00 | 0.00 | | 0.00 | FA |
| 8 | AUTOMOBILES -RAM PICK-UP | 20,000.00 | 0.00 | | 0.00 | FA |
| 9 | 4-WHEEL KAWASAKI | Unknown | Unknown | | 0.00 | FA |
| 10 | ANIMALS - PUG | 200.00 | 0.00 | | 0.00 | FA |
| 11 | AVOIDANCE & RECOVERY OF ASSETS - UNIVERSAL MRTG. (u) | 25,173.00 | 25,173.00 | OA | 2,800.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 45.53 | FA |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$1,102,173.00** | **$85,273.00** | | **$21,769.53** | **$0.00** |

**Major Activities Affecting Case Closing:**

     Preparing TFR.

**Initial Projected Date Of Final Report (TFR):**  August 31, 2008      **Current Projected Date Of Final Report (TFR):**  July 8, 2011  (Actual)

Printed: 09/26/2011 12:11 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-21442 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | BERNAL, MARTIN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BERNAL, DELIA | | Account: | ***-*****95-65 - Money Market Account |
| Taxpayer ID #: | **-***5270 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/26/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/22/08 | {3} | Trans-World Title & Escrow, Ltd. | Refund of real estate deposits | 1129-000 | 15,000.00 | | 15,000.00 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 1.12 | | 15,001.12 |
| 02/14/08 | 1001 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #07-21442 Voided on 02/14/08 | 2300-000 | | 13.36 | 14,987.76 |
| 02/14/08 | 1001 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #07-21442 Voided: check issued on 02/14/08 | 2300-000 | | -13.36 | 15,001.12 |
| 02/14/08 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #07-21442 Voided on 03/11/08 | 2300-000 | | 13.38 | 14,987.74 |
| 02/20/08 | {3} | Trans-World Title & Escrow | Return from Bank as NSF | 1129-000 | -15,000.00 | | -12.26 |
| 02/25/08 | {3} | Trans-World Title & Escrow | Replaces NSF check. | 1129-000 | 15,000.00 | | 14,987.74 |
| 02/25/08 | {3} | CHAC | Rent Deposits | 1129-000 | 3,924.00 | | 18,911.74 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 0.38 | | 18,912.12 |
| 03/11/08 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #07-21442 Voided: check issued on 02/14/08 | 2300-000 | | -13.38 | 18,925.50 |
| 03/11/08 | 1003 | International Sureties | Replacement check for NSF check | 2300-000 | | 13.38 | 18,912.12 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 3.51 | | 18,915.63 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 2.63 | | 18,918.26 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.36 | | 18,920.62 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.40 | | 18,923.02 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.40 | | 18,925.42 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.25 | | 18,927.67 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.48 | | 18,930.15 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 2.06 | | 18,932.21 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 1.48 | | 18,933.69 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.34 | | 18,935.03 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.77 | | 18,935.80 |
| 02/10/09 | 1004 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2009 FOR CASE #07-21442, Bond #016026455 | 2300-000 | | 15.85 | 18,919.95 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.72 | | 18,920.67 |

Subtotals :        $18,949.90        $29.23

{} Asset reference(s)                                                                                                          Printed: 09/26/2011 12:11 PM        V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-21442  
**Case Name:** BERNAL, MARTIN  
BERNAL, DELIA  
**Taxpayer ID #:** **-***5270  
**Period Ending:** 09/26/11

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****95-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.82 | | 18,921.49 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,922.26 |
| 05/07/09 | {11} | Universal Mortgage | SETTLEMENT OF AVOIDANCE TRANSFERS | 1241-000 | 2,800.00 | | 21,722.26 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 21,723.07 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.94 | | 21,724.01 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 21,724.92 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 21,725.83 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.88 | | 21,726.71 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.88 | | 21,727.59 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 21,728.50 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 21,729.41 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.85 | | 21,730.26 |
| 02/19/10 | 1005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2010 FOR CASE #07-21442, Bond #016026455 | 2300-000 | | 19.54 | 21,710.72 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.82 | | 21,711.54 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 21,712.51 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.14 | | 21,712.65 |
| 04/06/10 | | Wire out to BNYM account 9200******9565 | Wire out to BNYM account 9200******9565 | 9999-000 | -21,712.65 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 48.77 | 48.77 | $0.00 |
| Less: Bank Transfers | -21,712.65 | 0.00 | |
| **Subtotal** | 21,761.42 | 48.77 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$21,761.42** | **$48.77** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-21442  
**Case Name:** BERNAL, MARTIN  
BERNAL, DELIA  
**Taxpayer ID #:** **-***5270  
**Period Ending:** 09/26/11  

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******95-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9565 | Wire in from JPMorgan Chase Bank, N.A. account ********9565 | 9999-000 | 21,712.65 | | 21,712.65 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.04 | | 21,713.69 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.29 | | 21,714.98 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.25 | | 21,716.23 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.29 | | 21,717.52 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.28 | | 21,718.80 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,718.97 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,719.15 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,719.32 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,719.50 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,719.68 |
| 02/15/11 | 11006 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #07-21442, Bond #016026455 | 2300-000 | | 20.58 | 21,699.10 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 21,699.26 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,699.44 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,699.61 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,699.79 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,699.96 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,700.14 |
| 08/09/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 21,700.18 |
| 08/09/11 | | To Account #9200******9566 | ACCOUNT TRANSFER | 9999-000 | | 21,700.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21,720.76 | 21,720.76 | $0.00 |
| | | | Less: Bank Transfers | | 21,712.65 | 21,700.18 | |
| | | | **Subtotal** | | 8.11 | 20.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8.11** | **$20.58** | |

{} Asset reference(s)

Printed: 09/26/2011 12:11 PM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 07-21442  
**Case Name:** BERNAL, MARTIN  
BERNAL, DELIA  
**Taxpayer ID #:** **-***5270  
**Period Ending:** 09/26/11

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******95-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/09/11 | | From Account #9200******9565 | ACCOUNT TRANSFER | 9999-000 | 21,700.18 | | 21,700.18 |
| 08/09/11 | 101 | Norman B. Newman, Trustee | Dividend paid 100.00% on $2,926.91, Trustee Compensation; Reference: | 2100-000 | | 2,926.91 | 18,773.27 |
| 08/09/11 | 102 | Much Shelist, et.al. | Dividend paid 100.00% on $12,573.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 12,573.00 | 6,200.27 |
| 08/09/11 | 103 | Much Shelist, et.al. | Dividend paid 100.00% on $955.10, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 955.10 | 5,245.17 |
| 08/09/11 | 104 | Illinois Department of Revenue | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 5800-000 | | 923.35 | 4,321.82 |
| 08/09/11 | 105 | Department of the Treasury | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 5800-000 | | 3,885.87 | 435.95 |
| 08/09/11 | 106 | Illinois Department of Revenue | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 5800-000 | | 435.95 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21,700.18 | 21,700.18 | $0.00 |
| | | | Less: Bank Transfers | | 21,700.18 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 21,700.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$21,700.18** | |

Net Receipts :       21,769.53  
Net Estate :        $21,769.53

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****95-65 | 21,761.42 | 48.77 | 0.00 |
| MMA # 9200-******95-65 | 8.11 | 20.58 | 0.00 |
| Checking # 9200-******95-66 | 0.00 | 21,700.18 | 0.00 |
| | **$21,769.53** | **$21,769.53** | **$0.00** |

{} Asset reference(s)

Printed: 09/26/2011 12:11 PM    V.12.57